UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN WILLIS, | ) |
| Petitioner, | ) CASE NO.   C06-544-TSZ-MJB |
| v. | ) |
| DAREN SWENSON, *et al.*, | ) ORDER DENYING § 2254 |
| | ) PETITION AND DISMISSING |
| Respondents. | ) ACTION WITH PREJUDICE |

The Court, having reviewed petitioner's federal habeas petition, respondents' answer thereto, the Report and Recommendation of Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondents, and to Judge Benton.

DATED this 13th day of November, 2007.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER DENYING
§ 2254 PETITION